**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  06-CR-00450-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. LONNIE S. WINBOURN,**

**Defendant.**

---

**MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Supervising Probation Officer has requested that the above-referenced Defendant be brought before the Magistrate Judge for a Compliance Review Hearing regarding the conditions of his Supervised Release, therefore:

**IT IS HEREBY ORDERED** that this matter is set for a Compliance Review Hearing before the Magistrate Judge in Durango, Colorado on July 28, 2011 at 9:00 a.m.

**DATED: July 26, 2011.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**

1