**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  06-CR-00450-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. LONNIE S. WINBOURN,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      **IT IS HEREBY ORDERED** that this matter is set for an initial appearance and advisement on the Petition on Violation of Supervised Release before the Magistrate Judge at 103 Sheppard Drive, Room 235, Durango, Colorado 81303 on April 13, 2012 at 2:30 p.m.

      **IT IS FURTHER ORDERED** that the Defendant must appear on that date and time or a warrant will be issued for his arrest.

**DATED: April 9, 2012.**

                                    **BY THE COURT:**

                                    **s/David L. West**
                                    **United States Magistrate Judge**